**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Mario Calderon,

Plaintiff,

v.

County of Los Angeles, et al.,

Defendants.

Case No. 2:25-cv-09119-MWC-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Complaint is dismissed without prejudice.
3. Judgment shall be entered dismissing the Complaint without prejudice.
4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: August 3, 2026

Honorable Michelle Williams Court
United States District Judge