**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mario Calderon,<br>Plaintiff,<br>v.<br>County of Los Angeles, et al.,<br>Defendants. | Case No. 2:25-cv-09119-MWC-DMK<br><br>**JUDGMENT**<br>**JS-6** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: August 3, 2026

Honorable Michelle Williams Court
United States District Judge